**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**OLAH MORGAN**<br><br>*Defendant.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case: 1:26-mj-000116
Assigned To: Judge Harvey, G. Michael
Assign. Date: 7/17/2026
Description: COMPLAINT W/ARREST WARRANT

**UNDER SEAL**

**AFFIDAVIT IN SUPPORT OF A**
**CRIMINAL COMPLAINT & ARREST WARRANT**

I, Christopher Kash, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION**

1.  I submit this affidavit in support of a criminal complaint charging Olah Morgan with Failure to Register as a Sex Offender in violation of 18 U.S.C. § 2250(a).

2.  Unless otherwise noted, wherever in this affidavit I assert that a statement was made, that statement is described in substance and is not intended to be a verbatim recitation of such statement.  Wherever in this affidavit I quote statements, those quotations have been taken from draft transcripts, which are subject to further revision.

3.  Unless otherwise stated, the conclusions and beliefs I express in this affidavit are based on my training, experience, and knowledge of the investigation, and reasonable inferences I have drawn from my training, experience, and knowledge of the investigation.

**PROBABLE CAUSE**

4.  On January 12, 2018, Olah Morgan (MORGAN) was convicted of four counts of Indecent Sexual Proposal to a Minor, in violation of 22 D.C. § 1312, one count of Simple Assault, in violation of 22 D.C. § 404, and one count of Lewd, Indecent, or Obscene Acts, in violation of

22 D.C. § 1312 in DC Superior Court case 2017 CF1 017838. He was sentenced to 540 days of imprisonment, execution of sentence suspended as to all, and five years of supervised probation. As a result of MORGAN's convictions, he was provided with notice that he was required to register as a sex offender every 90 days for life. MORGAN signed the notice.

5.      On March 13, 2018, MORGAN reported to the DC Sex Offender Registry (DCSOR) and completed an initial registration as a sex offender in the District of Columbia. He signed an initial sex offender registration form indicating that he understood that he had a duty to report within three days: (1) any changes of home, work, or school address, (2) any change in motor vehicle information, and (3) any significant changes in physical appearance.

6.      On June 6, 2019, the D.C. Superior Court issued an arrest warrant for MORGAN, charging him with two counts of Misdemeanor Sexual Abuse, in violation of 22 D.C. § 3006. On June 19, 2019, MORGAN was arrested. The following day, he appeared in D.C. Superior Court (2019 CMD 008324). On June 27, 2019, MORGAN was released pending trial.

7.      On July 23, 2019, the D.C. Superior Court issued an arrest warrant for MORGAN, charging him with Indecent Sexual Proposal to a Minor, in violation of 22 D.C. § 1312. On July 26, 2019, Morgan was arrested and he appeared in court the following day (2019 CDC 009863).

8.      On September 19, 2019, MORGAN was convicted of one count of Misdemeanor Sexual Abuse, in violation of 22 D.C. § 3006, in case 2019 CMD 008324 and sentenced to 60 days incarceration with credit for time served. On the same day, he was convicted of one count of Indecent Sexual Proposal to a Minor, in violation of 22 D.C. § 1312, in case 2019 CDC 009863 and sentenced to 90 days of incarceration with credit for time served.

9.      On April 24, 2020, MORGAN was released from incarceration and failed to report to the DCSOR within 72 hours of his release. However, on May 6, 2020, MORGAN updated his

information with the DCSOR telephonically.

10. On July 6, 2020, MORGAN was arrested and charged with three counts of Second Degree Child Sexual Abuse, in violation of 22 D.C. § 3009. On July 7, 2020, MORGAN appeared in D.C. Superior Court and was held without bond (2020 CF1 005667). On March 9, 2022, MORGAN was convicted of one count of Second Degree Child Sexual Abuse, one count of Misdemeanor Sexual Abuse of a Child, and two counts of Misdemeanor Sexual Abuse. He was sentenced to a total of five years of imprisonment and three years of supervised release. MORGAN was also provided with a Certification of Sex Offender and Notice Order that classified him as a Class A Sexual Offender which carries a lifetime registration, which he signed.

11. Due to MORGAN's prior convictions, he is a sex offender under the Sex Offender Registration and Notification Act (SORNA) and is required to register pursuant to SORNA.

12. On March 11, 2025, MORGAN was released from the Bureau of Prisons (BOP) Petersburg Med FCI into the BOP Baltimore Residential Reentry Management (RRM) halfway house.

13. On July 7, 2025, MORGAN was arrested and charged with Misdemeanor Sexual Abuse in Washington, D.C. On July 8, 2025, MORGAN appeared in D.C. Superior Court and was held without bond (2025 CMD 007714). On October 8, 2025, MORGAN was released from pretrial detention.

14. On October 9, 2025, MORGAN reported to the DCSOR and provided a home address of ████████████████████████ in Washington, D.C. MORGAN was provided with a next reporting date of January 7, 2026.

15. On January 2, 2026, MORGAN reported to the DCSOR and provided a home address of ██████████████ in Washington, D.C., which is a transitional housing

program. MORGAN was provided with a next reporting date of April 2, 2026.

16.     On February 3, 2026, D.C. Superior Court case 2025 CMD 007714 was dismissed.

17.     On March 20, 2026, MORGAN reported to the DCSOR and again provided a home address of ███████████████████████ MORGAN was provided with a next reporting date of June 18, 2026. MORGAN signed a form acknowledging his next reporting date.

18.     On June 15, 2026, your affiant called MORGAN's probation officer. The probation officer stated that MORGAN left ████████████████████ on June 2, 2026, and has not reported a new address.

19.     On June 16, 2026, your affiant went to ████████████████████. Your affiant spoke to MORGAN's case manager. The case manager stated that MORGAN left the residence on June 2, 2026, and has not been back. In addition, the case manager stated that an individual had come to the residence and collected all of MORGAN's property.

20.     On June 18, 2026, MORGAN failed to report to the DCSOR for his quarterly update.

21.     On June 28, 2026, MORGAN was arrested by the Metropolitan Police Department (MPD) at the Safeway located at 1100 4th Street SW for Unlawful Entry and an outstanding parole warrant. On June 29, 2026, MORGAN appeared in DC Superior Court (2026CMD010011) and was released in the unlawful entry case but held without bond on the Parole Warrant.

## CONCLUSION

22.     Based on the foregoing, there is probable cause to believe that Olah MORGAN

committed the offense of Failure to Register as a Sex Offender in violation of 18 U.S.C. § 2250(a).

Respectfully submitted,

_____
Christopher Kash
Deputy United States Marshal
United States Marshal Service

Respectfully submitted and attested to in accordance with the requirements of Fed. R. Crim. P. 4.1 and 41(d)(3) on the 17th of July 2026.

_____
HONORABLE G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE